FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2018 FEB -6 PM 4:58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v. CASE NO. 2:18-cr-19-FtM-38CM

JANE DOE
_______________________________/

**ORDER**

**IT IS ORDERED** that the above-captioned case shall be transferred to the undersigned's criminal docket. Because the undersigned will hear all motions and conduct all proceedings and the trial in this case, counsel is expected to use the new case number in future filings.

**DONE AND ORDERED** at Fort Myers, Florida, this 6th day of February 2018.

Sheri Polster Chappell
Sheri Polster Chappell
United States District Judge

Copies: Counsel of Record

cc: hand-delivered
to Counsel ah

58