FILED

2018 FEB -6 PM 5:06

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.

JANE DOE

CASE NO: 2:18-CR-19-FtM-99-CM

| | | | |
|---|---|---|---|
| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Jesus Casas<br>Jeff Michelland<br>David Smith |
| **Deputy Clerk:** | Drew Heathcoat<br>Wendy Winkel | **Counsel for Defendant:** | Russ Rosenthal |
| **Court Reporter** | Lori Bundy | **Pretrial/Probation** | None present |
| **Date/Time** | 2/6/2018<br>3:10 - 3:30 p.m.<br>20 minutes | **Interpreter** | None present |

**SEALED PROCEEDINGS**

Initial Appearance:

Defendant is present. Motion by Government to seal Indictment was signed by the Court.

An affidavit has been filed by AUSA to seal all proceedings and courtroom and to list Defendant as Jane Doe. For the reasons stated on the record, the Court seals all proceedings in this case as well as the courtroom. No objection by Defense.

Court advised defendant of rights. Federal Public Defender appointed based on financial affidavit.

Government summarized allegations and possible penalties. Defendant signed a waiver of prompt presentment before the Court.

Government seeking detention at this time. Noting this case is a crime of terrorism and the presumption applies. Defendant is waiving a detention hearing at this time. The Court finds there is a presumption in this case and that there are no conditions or a combination of conditions that will reasonably assure the

S12

appearance of the defendant and safety to the community, therefore, Defendant is detained without prejudice.

<u>Arraignment</u>:

Defendant pled not guilty to Count One of the Indictment. Court will enter a not guilty plea on Defendant's behalf. Scheduling order to follow. Status report due on 3/12/18 by written submission of the parties that will be hand delivered to chambers. Defendant remains in custody of the U.S. Marshal pending further proceedings.