FILED

2018 FEB -8 AM 9: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No. 2:18-CR-19-FtM-99CM**

**JANE DOE**
______________________________/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent the Defendant Jane Doe, in the above-styled cause.

The Clerk is requested to enter the appearance of Russell K. Rosenthal, Assistant Federal Defender, as counsel for the Defendant pursuant to this appointment.

DONNA LEE ELM
FEDERAL DEFENDER

By:Russell K. Rosenthal

Russell K. Rosenthal
Florida Bar No.319244
Assistant Federal Defender
1514 Broadway, Suite 301
Ft. Myers, Florida 33901
Telephone: 239-334-0397
Fax: 239-334-4109
E-Mail: russ_rosenthal@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of February 2018 the foregoing was electronically filed with the Clerk of Court and a copy will be sent electronically to Jeffrey Michelland, Assistant United States Attorney, 2110 First Street, Fort Myers, FL 33901.

Russell K. Rosenthal
Russell K. Rosenthal
Assistant Federal Defender

S-13