FILED

2018 FEB -9 AM 11: 28

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 2:18-cr-19-FtM-38CM

JANE DOE **Under Seal**

# MOTION FOR ENTRY OF A PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the United States hereby moves for entry by this Court of a protective order that will guard against (1) public dissemination of the actual or cover name, identifier, and online account name of any Federal Bureau of Investigation (FBI) Confidential Human Sources ("CHS") or any law enforcement Undercover Employee ("UCE") who interacted with the defendant during the investigation that led to the defendant's arrest; and (2) dissemination of sensitive discovery materials to any person not a party to, or involved in, this case. The government further moves for the entry of the attached Protective Order.

In support of this motion, the government states the following:

1. For public safety reasons, the defendant has agreed not to publicly disclose, including in any pretrial filing or at any pretrial hearing (including any detention hearing), any actual or cover name, identifier, or online account name

S-14

used by any FBI CHS or any UCE. The parties instead will refer to any FBI Confidential Human Source as "CHS," and to any Undercover Employee as "UCE."

2. As part of the discovery in this case, the government will provide to the defendant's counsel sensitive discovery material including, but not limited to, video recordings of communications, screen shots of communications, audio recordings of communications, search warrant affidavits, and law enforcement reports.

3. The government requests this Court enter the proposed protective order that would govern, among other things: (1) designation of sensitive discovery information; (2) access to and use of sensitive information; (3) use of sensitive information in court filings and open court; (4) filings of documents; (5) protection of CHS and UCE actual and cover names, identifiers, and online account names; (6) maintenance and storage; (7) disposition; (8) unauthorized disclosure and sanctions; (9) modifications; and (10) no termination.

4. The defendant has consented to the filing of this motion and the proposed protective order.

WHEREFORE, the government moves that the attached proposed protective order be issued by the Court preventing the dissemination of law

enforcement sensitive information in this matter prior to trial.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: Jeffrey F. Michelland
Jeffrey F. Michelland
Assistant United States Attorney
USA No. 024
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jeffrey.Michelland@usdoj.gov

By: Jesus M. Casas
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division
Florida Bar No. 0152110
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: Jesus.M.Casas@usdoj.gov

Copies hand delivered to Counsel 2/9/18

**U.S. v. Jane Doe** **Case No. 2:18-cr-19-FtM-38CM**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2018, I served a copy of the foregoing Motion and Proposed Order, in person to counsel for the defendant, Russell K. Rosenthal, Assistant Federal Defender, 1540 Broadway, Fort Myers, FL. 33901.

Jeffrey F. Michelland
Assistant United States Attorney