FILED

2018 MAR -8 PM 4:10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:18-cr-19-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This cause is before the Court on the Defendant's Unopposed Motion to Continue and Motion to Seal (Doc. # s18). Defense counsel moves for a continuance of trial until the July 2018 trial term. As grounds, counsel indicates the discovery has been voluminous and the Government advises additional discovery is forthcoming. The Government has no objection.

The motion is **GRANTED**. This case is continued until the July 2018 trial term, commencing July 2, 2018. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court determines that the time from today until the end of the July 2018 trial term shall be "excludable time" under 18 U.S.C. § 3161(h).

Another status conference is scheduled for **June 11, 2018** at **9:30 AM** before the undersigned. Further, the case is sealed, therefore, the motion and this Order will be placed under seal.

S19

**DONE AND ORDERED** at Fort Myers, Florida, this 8th day of March, 2018.

Sheri Polster Chappell

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record
by hand delivery (Cnf)
3/8/18