UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED

2018 JUN -6 PM 3:41

CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

VS. CASE NO. 2:18-cr-19-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This cause is before the Court on the Defendant's Second Unopposed Motion to Continue and Motion to Seal (Doc. # s22). Defense counsel moves for a continuance of trial until the October 2018 trial term. As grounds, counsel indicates the discovery has been voluminous and the Government advises additional discovery is forthcoming. The Government has no objection.

The motion is **GRANTED**. This case is continued until the October 2018 trial term, commencing October 1, 2018. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the Motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court determines that the time from today until the end of the October 2018 trial term shall be "excludable time" under 18 U.S.C. § 3161(h).

Another status conference is scheduled for **September 17, 2018** at **9:30 AM** before the undersigned. Further, the case is sealed, therefore, the motion and this Order will be placed under seal.

S-23

**DONE AND ORDERED** at Fort Myers, Florida, this 6th day of June, 2018.

Sheri Polster Chappell

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
6/6/18 Hand delivered to Counsel