UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED

2018 SEP 12 PM 2:46

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

VS. CASE NO: 2:18-CR-19-FtM-38CM

JANE DOE

---

**ORDER**

This cause is before the Court on the Third Unopposed Motion to Continue and Motion to Seal (Doc. #s24) filed on September 11, 2018. Defense counsel moves for a continuance of trial until the January 2019 trial term. As grounds, Counsel indicates an additional three months is needed to continue discovery review and to address the complex issues of this case. The Government had no objection.

Accordingly, the motion is **GRANTED**. This case is continued until the January 2019 trial term, commencing January 7, 2019. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the January 2019 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **December 10, 2018** at **9:30 AM** before the undersigned. Further, the case is sealed, therefore, the motion and this Order will be placed under seal.

**DONE AND ORDERED** at Fort Myers, Florida, this 12th day of September, 2018.

s25

Sheri Polster Chappell

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
Hand delivered to counsel