FILED

2018 DEC -7 PM 3:41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STAES OF AMERICA**

**v.** **Case No. 2:18-cr-19-FtM-38CM**

**JANE DOE**
______________________________/

**FOURTH UNOPPOSED MOTION TO CONTINUE AND MOTION TO SEAL**

The defendant, Jane Doe, through counsel, files this This Unopposed Motion to Continue trial date and to seal and states:

1. This matter is scheduled for trial on the January, 2019 trial term.
2. There have been three prior continuances of the trial date.
3. This is a complex case and the discovery is correspondingly voluminous.
4. The government has provided substantial discovery since the last trial setting, including a significant amount that has recently provided. Additional discovery is forthcoming.
5. The defense requires an additional three months, until the April, 2019 trial term, to continue to review discovery and address the complex issues in this case.
6. Pursuant to Title 18 U.S.C. § 3161(h)(7)(A), it is respectfully suggested that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the defendant in a speedy trial. Additionally, pursuant to the 18 U.S.C. § 3161(h)(7)(B)(ii), it is suggested that this case is so unusual and complex that it cannot reasonably be tried within the time limits established by § 3161.
7. As all pleadings in this case have been sealed by prior order, it is respectfully requested that this motion and any order on this motion be placed under seal as well.

S26

This request is based on the same grounds cited by the court in sealing the proceedings in this matter.

8. Assistant United States Attorney, Jeffrey Michelland has no objection to this motion.

WHEREFORE, the Defendant, Jane Doe, moves this Court to continue the trial date until the April, 2019 trial term, and to seal this motion and any order with respect thereto.

Respectfully submitted.

DONNA LEE ELM
Federal Defender

Russell K. Rosenthal
Assistant Federal Defender
Florida Bar No. 0319244
1514 Broadway, 3rd floor
Fort Myers, FL 33901
Telephone: 239-334-0397
Facsimile: 239-334-4109
russ_rosenthal@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December 2018, a true copy of the foregoing has been filed with this Court and a copy has been forwarded by hand delivery to Jeffrey Michelland and Jesus Casas, Office of the United States Attorney, 2110 First Street, 3-137, Fort Myers, FL 33901.

Russell K. Rosenthal
Assistant Federal Defender