FILED
12/7/18 4:14pm
Date Time
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA
JMF
Initials

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:18-CR-19-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This cause is before the Court on the Fourth Unopposed Motion to Continue and Motion to Seal (Doc. #s26) filed on December 7, 2018. Defense counsel moves for a continuance of trial until the April 2019 trial term. As grounds, Counsel indicates an additional three months is needed to continue discovery review and to address the complex issues of this case. The Government had no objection.

Accordingly, the motion is **GRANTED**. This case is continued until the January 2019 trial term, commencing January 7, 2019. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the April 2019 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **March 11, 2019** at **9:30 AM** before the undersigned. Further, the case is sealed, therefore, the motion and this Order will be placed under seal as well.

S27

**DONE AND ORDERED** at Fort Myers, Florida, this 7th day of December, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record