FILED
3/7/2019
Date Time
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA
LMF
Initials

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:18-CR-19-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This cause is before the Court on the Fifth Unopposed Motion to Continue and Motion to Seal (Doc. #s28) filed on March 6, 2019. Defense counsel moves for a continuance of trial until the July 2019 trial term. As grounds, Counsel indicates an additional three months is needed to continue discovery review and to address the complex issues of this case. The Government had no objection.

Accordingly, the motion is **GRANTED**. This case is continued until the July 2019 trial term, commencing July 1, 2019. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the July 2019 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **June 10, 2019** at **9:30 AM** before the undersigned. Further, the case is sealed, therefore, the motion and this Order will be placed under seal as well.

s29

**DONE AND ORDERED** at Fort Myers, Florida, this 7th of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record