**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **CASE NO. 2:18-cr-19-FtM-38UAM**

**JANE DOE,**
_______________________________/

**EXPARTE ORDER UNDER SEAL PERMITTING THE DEFENSE TO DISCLOSE DISCOVERY MATERIAL TO A MENTAL HEATH EXPERT**

This matter coming having come before the Court on the Defendant's Ex Parte Request to Permit Disclosure of Discovery Material to a Mental Health Expert. Upon consideration of the Motion, the Court finds good cause and will grant the relief requested.

Accordingly, it is now **ORDERED**:

(1) Pursuant to the terms of the Protective Order entered by this Court on February 9, 2018, the Court will permit the defense to share discovery material with Dr. Scott Machlus.

(2) Prior to any such disclosure, Dr. Machlus must execute an Acknowledgement that he aware of the terms of the protective order and agrees to be bound by the terms of said order with respect to his use of the discovery material so provided.

(3) The Clerk of Courts is directed to file this order and its related motion

$32

under seal.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of May, 2019.

Sheri Polster Chappell
United States District Judge

Copy to:

U.S. Marshal
Russell K. Rosenthal, Assistant Federal Defender

FILED
2019 MAY 16 PM 3:11
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA