UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:18-CR-19-FtM-38UAM

JANE DOE

| | | | |
|---|---|---|---|
| **Judge:** | Sheri Polster Chappell | **Counsel for Government** | Jeff Michelland<br>Jesus Casas |
| **Deputy Clerk:** | Leslie M. Friedmann | **Counsel for Defendant:** | Russell Rosenthal |
| **Court Reporter** | Susan Baker | **Pretrial/Probation** | Jesse Shifflett |
| **Date/Time** | May 17, 2019 at 9:30 AM | **Interpreter** | N/A |

## Change of Plea Minutes (SEALED)

Start Time: 9:30 AM Court convenes. Jeff Michelland and Jesus Casas appeared on behalf of the government. Russell Rosenthal, AFPD, appeared on behalf of the defendant. Defendant is present. Defendant sworn. Courtroom is **SEALED**.

Court advised defendant of rights, minimum/maximum penalties, elements of the offense and sentencing guidelines. Defendant entered a plea of guilty to Count One of the Indictment. Proffer of facts by the Government. Factual basis established.

Court accepts the plea as being knowingly, voluntarily and intelligently made. Court orders a presentence report. Sentencing is scheduled for August 13, 2019 at 9:30 AM. Court orders the transcript of the proceeding **SEALED**.

Defendant to remain in custody of the U.S. Marshal pending further proceedings

End time: 10:03 AM

S 35