FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

2019 NOV 25 AM 10: 09

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

**UNITED STAES OF AMERICA**

**v.** **Case No. 2:18-cr-19-FtM-38CM**

**JANE DOE**

______________________________/

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND TO SEAL

The defendant, Jane Doe, through counsel, files this Unopposed Motion to Continue the Sentencing and to Seal and states:

1. This matter is scheduled for sentencing for December 3, 2019.
2. The Pre-sentence Report was disclosed on November 15, 2019 and received by the defense on November 18, 2019.
3. This left insufficient time for the defense to respond to the Report.
4. Additionally, the government requires additional time to provide relevant information to the Court and the defense.
5. Due to various scheduling conflicts, the next available date for both parties and the Court is Friday, March 6, 2020.
6. Assistant United States Attorneys, Jeffrey Michelland and Jesus Casas have no objection to this motion.

WHEREFORE, the Defendant, Jane Doe, moves this Court to continue the sentencing date until March 6, 2020, and to seal this motion and any order with respect thereto.

551

Respectfully submitted.

DONNA LEE ELM
Federal Defender

By:_________________________

Russell K. Rosenthal
Assistant Federal Defender
Florida Bar No. 0319244
1514 Broadway, 3rd floor
Fort Myers, FL 33901
Telephone: 239-334-0397
Facsimile: 239-334-4109
russ_rosenthal@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November 2019, a true copy of the foregoing has been filed with this Court and a copy has been forwarded by hand delivery to Jeffrey Michelland and Jesus Casas, Office of the United States Attorney, 2110 First Street, 3-137, Fort Myers, FL 33901.

_________________________

Russell K. Rosenthal
Assistant Federal Defender