FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2019 NOV 25 PM 2:30

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v. CASE NO.: 2:18-cr-19-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This matter comes before the Court on the Defendant's Unopposed Motion to Continue Sentencing (Doc. s51) filed on November 25, 2019. Defense counsel moves the court to continue the sentencing hearing currently scheduled for December 3, 2019. As grounds, counsel indicates additional time is necessary to review and respond to the initial presentence report. Further, counsel indicates the government also requires additional time to provide relevant information to the court and defense. The government does not object to the continuance.

Accordingly, it is now

**ORDERED:**

The Defendant's Unopposed Motion to Continue Sentencing (s51) is **GRANTED**. The motion and order will remain under seal until otherwise directed. The sentencing hearing will be rescheduled to March 6, 2020 at 9:30 AM.

**DONE AND ORDERED** in Fort Myers, Florida on this 25th day of November 2019.

Sheri Polster Chappell

**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies:
Counsel of Record

s 52