FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

2020 MAR -3 PM 3:27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**UNITED STAES OF AMERICA**

**v.** **Case No. 2:18-cr-19-FtM-38**

**JANE DOE**
_______________________________________/

**MOTION TO CONTINUE SENTENCING AND TO SEAL**

The defendant, Jane Doe, through counsel, files this Motion to Continue the Sentencing and to Seal and states:

1. This matter is scheduled for sentencing for March 6, 2020.
2. The final version of the Pre-sentence Report has not been disclosed as of the drafting of this motion, although counsel has been advised it will likely be disclosed on either March 2 or March 3, 2020.
3. The defense has advised the Court and the government of additional reasons that a continuance is requested.
4. Due to various scheduling conflicts, the next available date for both parties and the Court, which is consistent with the time requested by the defendant, is Friday, April 10, 2020.
5. Assistant United States Attorneys, Jeffrey Michelland and Jesus Casas had urged a shorter continuance.
6. Attached is a written consent by the defendant to the requested continuance.

WHEREFORE, the Defendant, Jane Doe, moves this Court to continue the sentencing date until April 10, 2020, and to seal this motion and any order with respect thereto.

S54

Respectfully submitted.

JAMES T. SKUTHAN
Acting Federal Public Defender

By:______________________
Russell K. Rosenthal
Assistant Federal Defender
Florida Bar No. 0319244
2075 West First Street, Suite 300
Fort Myers, FL 33901
Telephone: 239-334-0397
Facsimile: 239-334-4109
russ_rosenthal@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March 2020, a true copy of the foregoing has been filed with this Court and a copy has been forwarded by hand delivery to Jeffrey Michelland and Jesus Casas, Office of the United States Attorney, 2110 First Street, 3-137, Fort Myers, FL 33901.

______________________
Russell K. Rosenthal
Assistant Federal Defender

**Affidavit**

1. I am the defendant identified as "Jane Doe" in *Case No. : 2:18-cr-17-FtM-38MRM.*

2. I am aware that my attorney is requesting that my sentencing date be continued from March 6, 2020 to April 10, 2020.

3. Having been fully apprised of the circumstances, I am in agreement with my attorney's request.

Allison Sheppard

Allison Marie Sheppard