FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2020 MAR -6 PM 3:53
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

UNITED STATES OF AMERICA

v. CASE NO.: 2:18-cr-18-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This matter comes before the Court on the Defendant's Motion to Continue Sentencing and To Seal (Doc. #s54) filed on March 3, 2020. Defense Counsel moves the court to continue the sentencing hearing currently scheduled for March 6, 2020. As grounds, counsel indicates additional time is necessary to allow for the disclosure of the final presentence report. Based upon both counsel's upcoming schedules, the next available date for both parties is April 10, 2020. The government does not object but urges a shorter continuance.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Continue Sentencing and To Seal (Doc. #s54) is **GRANTED**. The sentencing hearing will be rescheduled to April 10, 2020 at 9:30 AM. This motion and order remain under seal unless otherwise ordered.

**DONE AND ORDERED** in Fort Myers, Florida on this 5th day of March 2020.

Sheri Polster Chappell

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record (hand delivered)

lmr

55