FILED
4/14/2020 4:46pm
Date Time
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS. CASE NO: 2:18-CR-19-FtM-38CM

JANE DOE

---

**SEALED ORDER**

This cause is before the Court on the Motion to Continue Sentencing and to Seal (Doc. #s58) filed on April 9, 2020. Defense counsel moves for a continuance of the sentencing hearing. Counsel indicates that due to the circumstances surrounding the national emergency related to the Corona Virus (COVID-19), the sentencing hearing can not occur on April 10, 2020. After consideration of the arguments of counsel, the court will reschedule the sentencing hearing as outlined below.

Accordingly, it is now

The Motion to Continue Sentencing and to Seal (Doc. #s58) is **GRANTED**. The case will be scheduled for status conference on May 15, 2020 at 9:30 AM in Courtroom 5D. The sentencing hearing will be continued to May 26, 2020 at 9:30 AM. The clerk is directed to notify the appropriate parties of this continuance. Further, the case is sealed, therefore, the motion and this Order will be placed under seal as well.

**DONE AND ORDERED** at Fort Myers, Florida, this 13th day of April, 2020.

Sheri Polster Chappell
**SHERI POLSTER CHAPPELL**
**UNITED STATES DISTRICT JUDGE**

Copies: All Parties of Record

s59